UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA                :

      -v.-

TYRONE MITCHELL,                        :
 a/k/a "Cypress Mitchell,"
 a/k/a "Ty Mitchell,"                   :    08 Cr.
 a/k/a "Tyron Mitchell,"
 a/k/a "Tyson Mitchell,"                :
 a/k/a "Tryone S. Mitchell,"
 a/k/a "Tyrone S. Mitchell,"            :
 a/k/a "Tyrone Shahed Mitchell,"       :
 a/k/a "Tyrone Shahid Mitchell,"

                            :
            Defendant.
- - - - - - - - - - - - - - - - - -x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2008

## COUNT ONE

The Grand Jury charges:

On or about July 20, 2008, in the Southern District of New York, TYRONE MITCHELL, a/k/a, "Cypress Mitchell," a/k/a "Ty Mitchell," a/k/a "Tyron Mitchell," a/k/a "Tyson Mitchell," a/k/a "Tryone S. Mitchell," a/k/a "Tyrone S. Mitchell," a/k/a "Tyrone Shahed Mitchell," a/k/a "Tyrone Shahid Mitchell," the defendant, unlawfully, willfully, and knowingly, did escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, which custody and confinement was by virtue of a conviction of an offense, to wit, MITCHELL was confined at the Bronx Residential Reentry Center ("BRRC") located in the Bronx, New York, by virtue of his conviction on or about April 17, 2001, in the United States

District Court for the Southern District of New York for being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922, and escaped from the BRRC by leaving and failing to return to the facility on or about July 20, 2008, or thereafter.

(Title 18, United States Code, Sections 751(a) and 4082.)

*[signature]*
FOREPERSON

*[signature]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

TYRONE MITCHELL, a/k/a "Cypress Mitchell", a/k/a "Ty Mitchell", a/k/a "Tyron Mitchell", a/k/a "Tyson Mitchell", a/k/a "Tryone S. Mitchell", a/k/a "Tyrone S. Mitchell", a/k/a "Tyrone Shahed Mitchell", a/k/a "Tyrone Shahid Mitchell"

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. §§ 751 and 4082(a).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Cynthia Carrasquillo*
Foreperson.